**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-7911**

———————

GERALD DAVIS FULLER,

                    Plaintiff – Appellant,

          v.

LIEUTENANT HARBAUGH; BOBBY P. SHEARIN, Warden; KATHLEEN S.
GREEN, Warden; LIEUTENANT MURPHY; RODERICKS, CO I; KENNY,
CO II; P. ZIOLKOWSKI, Lieutenant; HOUSING UNIT 4 ODD
CLASSIFICATION COUNSELOR; ECI CLASSIFICATION SUPERVISOR;
CORIZON, INC.; GALWEN, Case Manager,

                    Defendants – Appellees,

          and

CMS, Inc.; UNKNOWN DENTAL CONTRACTOR,

                    Defendants.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, Senior District
Judge.  (1:12-cv-00043-WMN)

———————

Submitted:  April 30, 2013          Decided:  May 22, 2013

———————

Before NIEMEYER and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Gerald Davis Fuller, Appellant Pro Se. Rex Schultz Gordon, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland; Michelle Jacquelyn Marzullo, MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C., Towson, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald Davis Fuller appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Fuller v. Lieutenant Harbaugh, No. 1:12-cv-00043-WMN (D. Md. Sept. 24 & Nov. 5, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED